**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 6 2009

JAMES W. McCORMACK CLERK
By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS ) | MDL Docket No. 875 |
| LIABILITY LITIGATION (NO. VI) ) | E.D. PA No. |
| ) | |
| This Case Relates to: ) | |
| ) | |
| PLAINTIFF LOUIE FULMER ) | NO. LR-C-91-12 |
| FULMER V. ARMSTRONG WORLD IND.ETAL) | |
| Transferor Jurisdiction:  Arkansas ) | |
| Transferor Cause No.:  4:91-CV-00012 ) | |
| MDL 875 Cause No.:  Not Yet Assigned ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon motion of the plaintiff, Louie Fulmer, his cause of action is hereby dismissed

without prejudice as to the defendants

IT IS SO ORDERED.

_____
COURT JUDGE
Eduardo C. Robreno
DATED: 3/27/09

PREPARED BY:

/s/ Edward O. Moody_____
Edward O. Moody
EDWARD O. MOODY, P.A.
801 West Fourth Street
Little Rock, Arkansas 72201
ARK. BAR ID. NO. 78116
Attorney for Plaintiff