U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 13 2009

JAMES W. McCORMACK, CLERK
By:_____ T.Downs
DEP CLERK

RECEIVED
MAIL ROOM

APR 13 2009

U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS        :
LIABILITY LITIGATION (No. VI)   :       Consolidated Under
                                :       MDL DOCKET NO. 875
CERTAIN PLAINTIFFS              :
                                :       Transferor District Court
        v.                      :       Eastern District of Arkansas
                                :
CERTAIN DEFENDANTS              :

**O R D E R**

.**AND NOW**, this **8th** day of **April 2009**, upon consideration of plaintiffs' counsel's request at the Court's hearing on April 7, 2009, it is hereby **ORDERED** that the cases listed in "Exhibit A", attached, will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

## EXHIBIT "A"

EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| | | 4:91-cv-00093 |
| Vernie Smith | NOT YET ASSIGNED | 4:91-cv-00096 |
| Harry Rupe | NOT YET ASSIGNED | 4:88-cv-00549-GH |
| Norman Lipke | NOT YET ASSIGNED | 4:91-cv-00535 |
| Richard Greenlee | NOT YET ASSIGNED | 4:88-cv-00424 |
| Terry Derden | NOT YET ASSIGNED | 5:91-cv-00542-BSM |
| Clifford Davis | NOT YET ASSIGNED | 4:91-cv-00094K3 |
| James Wilson | NOT YET ASSIGNED | 4:97-cv-00097 |
| Louie Fulmer | NOT YET ASSIGNED | 4:91-cv-00012 |
| James Hohler | NOT YET ASSIGNED | 4:91-cv-00460 |
| Leo Oakes | NOT YET ASSIGNED | 4:88-cv-00426 |
| Tilmon Steward | NOT YET ASSIGNED | 4:91-cv-00459 |
| Calvin McDearmon | NOT YET ASSIGNED | 4:91-cv-00419 |
| Darwin C. England | NOT YET ASSIGNED | 4:91-cv-00419 |
| Gordon Simpson | NOT YET ASSIGNED | 4:91-cv-00339 |
| Willard Conway | NOT YET ASSIGNED | 4:91-cv-00339 |
| Bill Magby | NOT YET ASSIGNED | 4:91-cv-00339 |
| James Greenlee | NOT YET ASSIGNED | 4:91-cv-00339 |
| William R. Wolf | NOT YET ASSIGNED | 4:91-cv-00339 |
| Roy McClelland | NOT YET ASSIGNED | 4:91-cv-00339 |
| Hueland Adair | NOT YET ASSIGNED | 4:91-cv-00339 |
| William D. Melton | NOT YET ASSIGNED | 4:91-cv-00056 |
| Debra Hobbs | NOT YET ASSIGNED | 4:97-cv-00387 |
| Clarence Austin | NOT YET ASSIGNED | 4:91-cv-00093 |
| L.C. Ransom | NOT YET ASSIGNED | 4:91-cv-00093 |
| Terry J. Rothwell | NOT YET ASSIGNED | 4:91-cv-00093 |
| Darnell Warren | NOT YET ASSIGNED | 4:91-cv-00093 |
| Emery Downs | NOT YET ASSIGNED | 4:91-cv-00093 |
| Raymond Dunn | NOT YET ASSIGNED | 4:91-cv-00093 |
| John T. Talley | NOT YET ASSIGNED | 4:91-cv-00093 |
| Billy Word | NOT YET ASSIGNED | 4:91-cv-00093 |
| Jerry Stinnett | NOT YET ASSIGNED | 4:91-cv-00093 |
| B.G. Freeland | NOT YET ASSIGNED | 4:91-cv-00093 |
| Max Lindsey | NOT YET ASSIGNED | 4:91-cv-00093 |
| Jimmy C. Robertson | NOT YET ASSIGNED | 4:91-cv-00091K3 |
| Clifford Davis | NOT YET ASSIGNED | 4:91-cv-00091K3 |
| James Wilson | NOT YET ASSIGNED | 4:91-cv-00091k3 |
| Donald Lampkin | NOT YET ASSIGNED | 4:91-cv-00091k3 |
| William Johnson | NOT YET ASSIGNED | 4:91-cv-00091k3 |